Court, Appellate Division, First Department. April 14, 1905.) Action by Abraham Shporen against the Metropolitan Street Railway Company. C. F. Brown, for appellant. G. P. Foulk, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

VAN BRUNT, P. J., dissents.

SLOCUM, Appellant, v. GREENWOOD CEMETERY, Respondent. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Helen Slocum against the Greenwood Cemetery. J. A. Allen, for appellant. D. Campbell, for respondent. No opinion. Judgment affirmed, with costs.

In re SMITH et al. (Supreme Court, Appellate Division, First Department. April 7, 1905.) In the matter of Morton B. Smith and others. P. C. Schnitzler, for appellant. J. B. Roe, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J. (dissenting). As suitors in this country are not permitted to have commissions executed in Germany, except under the most onerous terms and conditions, it seems to me that, until the ordinary courtesies of civilized nations are extended to our courts by the German authorities, such applications as this should be denied.

In re SMITH et al. (Supreme Court, Appellate Division, First Department. May 12, 1905.) In the matter of Morton B. Smith and another. No opinion. Motion denied, with $10 costs.

SMITH, Respondent, v. HIRSCH et al., Appellants. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Franklin H. Smith against Joseph Hirsch and others. N. Ottinger, for appellants. J. M. Williams, for respondent. No opinion. Judgment and order affirmed, with costs.

SMITH, Appellant, v. KELLY, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Fred H. Smith against Emma Kelly. No opinion. Judgment of the Municipal Court affirmed, with costs.

SMITH v. MERRIAM et al. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Spencer H. Smith, as executor, against Frances S. Merriam and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SMITH & MABLEY, Respondent, v. FLYNN, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Smith & Mabley against George H. Flynn. E. S. Peck, for appellant. J. L. Young, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SNOWDEN, Respondent, v. TOWN OF SOMERSET, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Sarah J. Snowden against the town of Somerset. No opinion. Judgment and order affirmed, with costs.

SNYDER, Respondent, v. OSTERHELD, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by William F. Snyder against Kate Osterheld. No opinion. Judgment of the City Court of Yonkers unanimously affirmed, with costs.

SPAIN, Respondent, v. HUDSON VALLEY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 16, 1905.) Action by Abbie M. Spain against the Hudson Valley Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

HOUGHTON, J., dissents.

SPELLMAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Richard T. Spellman against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

SPENCER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by Thomas Spencer against the city of New York. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

STARBUCK, Appellant, v. WOODARD, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Frank M. Starbuck, as trustee in bankruptcy of the estate of Harry D. Goldberg, against Eli M. Woodard. No opinion. Judgment unanimously affirmed, with costs.

STEINER v. PERENYI. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Louis Steiner against Adalbert B. Perenyi. No opinion. Motion granted.

STERN v. McPHERSON. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Joseph W. Stern against Robert C. McPherson. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

STORY, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Francis W. Story against the Metropolitan Street Railway Company. I. S. Epstein, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs.

STRAUS et al. v. AMERICAN PUBLISHERS' ASS'N (two cases.) (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Isidor Straus and another against the American Publishers' Association. No opinion. Motion denied.